U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Gear Wizzard, Inc.
v.
All Power Transmission a/k/a Ameridrives, and
Altra Holdings, Inc.

Case Number:
FILED: AUGUST 26, 2008
08CV4880
JUDGE PALLMEYER
MAGISTRATE JUDGE KEYS
BR

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Gear Wizzard, Inc.

| | |
|---|---|
| NAME (Type or print) Devlin J. Schoop | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Devlin J. Schoop | |
| FIRM Laner, Muchin, Dombrow, Becker, Levin & Tominberg, Ltd. | |
| STREET ADDRESS 515 North State Street, Suite 2800 | |
| CITY/STATE/ZIP Chicago, IL 60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06243835 | TELEPHONE NUMBER 312-467-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |