## United States District Court for the Northern District of Illinois

Case Number: `08CV4880`        Assigned/Issued By: `DAJ`

Judge Name: `PALLMEYER`        Designated Magistrate Judge: `KEYS`

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00

[ ] IFP    [ ] No Fee    [ ] Other _____

[ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: `350.00`        Receipt #: `3053495`

Date Payment Rec'd: `08/26/08`        Fiscal Clerk: `DAJ`

---

### ISSUANCES

[✓] Summons                    [ ] Alias Summons

[ ] Third Party Summons        [ ] Lis Pendens

[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

_____

(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
    (Type of Writ)

`2` Original and `0` copies on `08/26/08` as to `DEF'S.` _____
                                    (Date)

C:\wpwin80\docket\feeinfo.frm        03/14/05