IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
EASTERN DIVISION

| | |
|---|---|
| GEAR WIZZARD, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALL POWER TRANSMISSION ) <br> a/k/a AMERIDRIVES, ) <br> ) <br> and ) <br> ) <br> ALTRA HOLDINGS, INC., ) <br> (Successor to All Power Transmission) ) <br> ) <br> Defendants. ) | Case No.  08 C 4880 |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, Devlin J. Schoop, ("Movant") moves the Court, for the admission of Charles E. Raley to appear as counsel for Gear Wizzard, Inc. ("Gear Wizzard") and submit pleadings *pro hac vice* in the above-captioned matter. In support of this motion, Movant advises the Court as follows:

1. Gear Wizzard has retained Mr. Raley to represent Gear Wizzard in the above-captioned proceeding.

2. Mr. Raley is a principal in the law firm of Law Office of Charles E. Raley, located at 54 Governors Road, Hilton Head, SC  29928, and is counsel for Gear Wizzard in maters relating to the above-captioned matter.

3. Mr. Raley is a member in good standing in numerous federal bars.  A true and correct copy of Mr. Raley's application for admission *pro hac vice* is attached as Exhibit A.

4. There are no disciplinary charges instituted against Mr. Ralet in these courts, or in

any other state.

5.  The nature of this action involves legal and factual issues with which Mr. Raley is familiar.

6.  Mr. Raley has secured the Chicago law firm of Laner, Muchin, Dombrow, Becker, Leving & Tominberg, located at 515 N. State Street, Suite 2800, Chicago, IL 60654, to act as his local counsel.

7.  Mr. Raley has read all applicable provisions of the rules of the Northern District of Illinois and agrees to comply with, and to be bound by, the Rules of this Court.

8.  I, Devlin J. Schoop of Laner, Muchin, Dombrow, Becker, Levin & Tominberg, who is admitted to both the general and trial bars of this Court, and is a member in good standing of the bar, will assist Mr. Raley as local counsel in the representation of Gear Wizzard in this matter.

WHEREFORE, Movant prays that the Court enter an Order admitting him to practice in this Court, *pro hac vice* in the above-captioned case.

Date: September 3, 2008                             GEAR WIZZARD INC,

/s/ Devlin J. Schoop
By One of Its Attorneys

Devlin Schoop (06243835)
Laner, Muchin, Dombow, Becker,
  Levin & Tominberg, Ltd.
515 North State Street
Suite 2800
Chicago, IL 60610
(312)467-9800
FAX: (312)
dschoop@lanermuchin.com

/s/ Charles E. Raley
Charles E. Raley
Law Office of Charles E. Raley
54 Governors Road
Hilton Head Island, SC 29928
(843)363-6634
FAX: (843)363-6635
e-mail: craley@islc.net

Counsel for Plaintiff,
Gear Wizzard, Inc.

(Revised 06/08)

# United States District Court Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | Gear Wizzard, Inc. | Plantiff(s) |
|---|---|---|
| | VS. | |
| | All Power Transmission a/k/a Ameridrives and Altra Holdings, Inc. | Defendant(s) |

| Case Number: 08 C 4880 | Judge: Pallmeyer |
|---|---|

I, _____Charles E. Raley_____ hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

_____Gear Wizzard, Inc._____ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| District of Columbia Court of Appeals | 1/26/1973 |
| U.S. District Court, District of Columbia | 2/5/1973 |
| U.S. Court of Appeals, District of Columbia Circuit | 5/8/1973 |
| U.S. Supreme Court | 1/27/1987 |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| N/A | N/A | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?    Yes ●    No ○

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

| Has the applicant ever been: | | |
|---|---|---|
| censured, suspended, disbarred, or witherwise disciplined by any court? | Yes ○ | No ⦿ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ○ | No ⦿ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of nay court? | Yes ○ | No ⦿ |
| denied admission to the bar of any court? | Yes ○ | No ⦿ |
| held in contempt of court? | Yes ○ | No ⦿ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

| September 3, 2008 | s/ Charles E. Raley |
|---|---|
| Date | Electronic Signature of Applicant |

| Applicant's Name | Last Name<br>Raley | | First Name<br>Charles | Middle Name/Initial<br>E. |
|---|---|---|---|---|
| Applicant's Law Firm | Law Office of Charles E. Raley | | | |
| Applicant's Address | Street Address<br>54 Governors Highway | | | Room/Suite Number |
| | City<br>Hilton Head | State<br>SC | ZIP Code<br>29928 | Work Phone Number<br>(843) 363-6634 |

**(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

NOTE:　Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of the Court. The fee for admission to the General Bar is $100.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.