### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT
### EASTERN DIVISION

| | |
|---|---|
| **GEAR WIZZARD, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  08 C 4880 |
| ) | Judge Pallmeyer |
| **ALL POWER TRANSMISSION** ) | |
| **a/k/a AMERIDRIVES,** ) | |
| ) | |
| and ) | |
| ) | |
| **ALTRA HOLDINGS, INC.,** ) | |
| **(Successor to All Power Transmission)** ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that on **Monday, September 15, 2008**, at **9:00a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Pallmeyer, or any Judge sitting in her stead in Room 2119, at 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present the **Motion for Admission *Pro Hac Vice***, a copy of which is attached and hereby served upon you.

Date: September 3, 2008

GEAR WIZZARD INC,

/s/ Devlin J. Schoop_____
By One of Its Attorneys

Devlin Schoop (06243835)
Laner, Muchin, Dombow, Becker,
 Levin & Tominberg, Ltd.
515 North State Street
Suite 2800
Chicago, IL 60610
(312)467-9800
FAX: (312)
dschoop@lanermuchin.com

/s/ Charles E. Raley_____
Charles E. Raley
Law Office of Charles E. Raley
54 Governors Road
Hilton Head Island, SC 29928
(843)363-6634
FAX: (843)363-6635
e-mail: craley@islc.net

Counsel for Plaintiff,
Gear Wizzard, Inc.

## CERTIFICATE OF SERVICE

Devlin J. Schoop, an attorney, hereby certifies that he caused the **Notice of Motion for Admission *Pro Hac Vice*** to be filed electronically with the Clerk of the District Court by operation of the Court's CM/ECF system and a hard copy of same to be delivered to the chambers of the Honorable Rebecca R. Pallmeyer on the 3rd day of September, 2008, as follows:

All Power Transmission
Altra Holdings, Inc.
c/o Corporation Service Co.
2711 Centerville Road
Suite 400
Wilmington, DE  19808


/s/ Devlin J. Schoop_____
Devlin J. Schoop