# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4880 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Gear Wizzard, Inc. vs. All Power Transmission | | |

**DOCKET ENTRY TEXT**

Motion for admission *pro hac vice* [7] granted as to Charles E. Raley on behalf of defendant Gear Wizzard, Inc.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|